

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00491-CV

CLIFFORD HALL, Appellant

V.

AT&T, INC., Appellee

Appeal from the 281st District Court of Harris County. (Tr. Ct. No. 2014-22195).

**TO THE 281ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 15th day of September 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** appellant Clifford Hall's joint and agreed motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.
>
> Pursuant to the parties' agreement, costs are taxed against the party incurring same.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered September 15, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

